UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOHAL 4 LLC., et al.,<br><br>　　　　Defendants, | No. 2:21-cv-01993-TLN-DB<br><br>**ORDER** |

On October 27, 2021, Plaintiff, Darren Gilbert ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law. (ECF No. 1.) On October 28, 2021, an Initial Pretrial Scheduling Order ("Order") was issued. (ECF No. 3.) The Order required that all Defendants be served with the Complaint no later than ninety (90) days of the date of the filing of the complaint. (ECF No. 3 at 1.)

Defendants Sohal 4, LLC.; Sohal 4, Inc. dba Mobil; and Gurjinder Sohal dba Mobil (collectively, "Defendants") have not appeared in this action. As such, a Clerk's default has been

1

entered against Defendants.  (ECF No. 8.)  Plaintiff's counsel states that due to an oversight, the notice required by CCP 412.30 was not included on the summons served via substituted service on Gurjinder Sohal and the agent for Sohal 4, LLC. and Sohal 4, Inc., Gurjinder Singh, and it appears that service of the Summons and Complaint on Defendants may not have been adequate to give Defendants notice of the pendency of this action, particularly since Defendants have failed to appear in the action.  (*See* ECF No. 9-1 at 12.)

Plaintiff states he was unaware until very recently that Defendants may not have been adequately served and now plans to make further service attempts to ensure that Defendants are adequately served and receive notice of this action before he seeks a default judgment.  (ECF No. 9 at 2.)

Accordingly, it is HEREBY ORDERED that Plaintiff effect service of his Complaint on Defendants by March 28, 2022.  Plaintiff shall file with the Clerk of the Court a proof of service.

IT IS SO ORDERED.

DATED:   1/28/22

Troy L. Nunley
United States District Judge

2